| PROB 12C-2 (Rev. 08/18) **VIOLATION REPORT Emergency Warrant Request** | U. S. Probation Office Eastern District of Michigan | PACTS 000010977 | DATE 05/04/2026 |
|---|---|---|---|

| NAME WELCH, Eric Dexter | OFFICER Ashley Teeples | JUDGE Stephen J. Murphy, III | DOCKET # 22-CR-20525-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 12/15/2010 COMMENCED 08/31/2022 EXPIRATION LIFE | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 33 | PHOTO |
|---|---|---|---|---|

| ASST. U.S. ATTORNEY Katharine Hemann | DEFENDANT ATTORNEY To be determined |
|---|---|

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 1: Possession of Child Pornography, 18 U.S.C. 2252A(a)(5)(B), 2252A(b)(2), and 2256(8)(A)

**SENTENCE DISPOSITION**

Custody with the Bureau of Prisons for a term of 168 months, followed by a term of supervised release for life.

Name of Sentencing Judicial Officer: Honorable R. Allan Edgar, Western District of Michigan. Jurisdiction accepted by the Honorable Thomas L. Ludington on October 25, 2022. Case reassigned to the Honorable Stephen J. Murphy on March 11, 2026.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability as determined by the probation officer.
2. The defendant shall not use/possess any alcoholic beverages and shall not frequent any establishments whose primary purpose is the sale/serving of alcohol.
3. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability as determined by the probation officer.

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000010977 | **DATE** 05/04/2026 |
|---|---|---|---|---|
| **NAME** WELCH, Eric Dexter | | **OFFICER** Ashley Teeples | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 22-CR-20525-01 |

4. The defendant will participate in sex offender assessment and/or treatment as approved by the probation officer which may include physiological testing such as polygraph and/or ABEL Assessment. The defendant will contribute to the cost of treatment in an amount approved by the probation officer.

5. The defendant shall not be employed in any position or participate as a volunteer in any activity that involves contact with children under the age of 18, except as approved by the probation officer.

6. The defendant shall have no contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including, but not limited to, schools, day care centers, theme parks, theaters, and playgrounds.

7. The defendant shall not date or socialize with anybody who has children under the age of 18 without the permission of the probation office.

8. The offender shall not possess or publicly display any materials that may be viewed as lures for children, including but not limited to children's games, toys, videos, or clothing without prior approval of probation officer.

9. The defendant shall not possess any materials depicting sexually explicit conduct as defined in 18 U.S.C. §2256(2)(A)(1)(v), including visual, auditory, telephonic, or electronic media, and computer programs or services. He/she shall not patronize any place whose primary purpose is to promote such materials or entertainment. The defendant shall not utilize 900 or adult telephone numbers or any other sex-related numbers

10. The defendant shall not possess or use a computer or have access to any online service without the prior written approval of the probation office. The defendant shall identify all computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access and allow installation of a computer and internet monitoring program.  Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or device may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the probation office

11. The defendant shall consent to third party disclosure to any employer or potential employer, concerning any computer-related restrictions or community risks related to the defendant.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid)

---

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

[ X ] New Criminal Charges                     [ ] Violent Conduct

[ ] Whereabouts Unknown (Absconder)            [ ]

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000010977 | **DATE** 05/04/2026 |
|---|---|---|---|---|
| **NAME** WELCH, Eric Dexter | | **OFFICER** Ashley Teeples | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 22-CR-20525-01 |

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On March 16, 2026, officers with the Brown County Sheriff's Office in Green Bay, Wisconsin were dispatched to a Holiday Inn Express hotel in reference to an indecent exposure complaint. Upon arrival, the officers spoke with the victim, an adult female, who advised she had been in the hotel hot tub with two minor females, ages 11 and 12. According to the incident report, a male, identified as WELCH, was also in the hot tub and had been speaking with the adult victim. She stated WELCH began rubbing her leg with his foot, which prompted her to exit the hot tub. When she got out, the bubbles turned off, and the adult victim stated she was able to clearly see WELCH's penis outside his swimsuit. The female removed the two minor females from the hot tup and took them back to their room. The officers spoke with the minors, who also advised they did see WELCH's penis exposed in the hot tub.<br><br>WELCH was later arrested on an Indecent Exposure complaint. The local prosecutor advised they are seeking a felony charge due to the presence of minor children. WELCH posted bond and has not yet appeared in court. |
| 2 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On May 3, 2026, officers with the Richand Center Police Department in Richland Center, Wisconsin received a call regarding WELCH. According to information provided by officers, the caller advised he met WELCH on a dating app called "Sniffies" and they were discussing meeting in person for a sexual encounter. WELCH then told the caller if he brought his underage niece or another underage person for him to have sex with, he would pay the caller $1,000.00. The officers were able to get a search warrant for WELCH's phone, and the search of his device is ongoing. They anticipate charging WELCH with Soliciting Minors for Immoral Purposes. |
| 3 | **Violation of Special Condition:** "THE DEFENDANT SHALL HAVE NO CONTACT WITH MINORS (UNDER THE AGE OF 18) WITHOUT THE WRITTEN APPROVAL OF THE PROBATION OFFICER AND SHALL REFRAIN FROM ENTERING INTO ANY AREA WHERE CHILDREN FREQUENTLY CONGREGATE, INCLUDING BUT NOT LIMITED TO, SCHOOLS, DAY CARE CENTERS, THEME PARKS, THEATERS, AND PLAYGROUNDS."<br><br>On March 16, 2026, according to the Brown County Sheriff's Office incident report, WELCH had contact with two female minors, ages 11 and 12, while in a hot tub at the Holiday Inn Express hotel. |

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000010977 | **DATE** 05/04/2026 |
|---|---|---|---|---|
| **NAME** WELCH, Eric Dexter | | **OFFICER** Ashley Teeples | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 22-CR-20525-01 |

**4**      <u>Violation of Mandatory Condition</u>: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On May 3, 2026, after receiving a call regarding possible solicitation of minors, officers with the Richand Center Police Department in Richland Center, Wisconsin observed WELCH drive from the Ramada Inn to a local restaurant. The officers made contact with WELCH and determined he was under the influence of alcohol. He was arrested for Operating While Intoxicated and transported to the local jail. This charge remains pending and WELCH remains in custody at the Richland County Jail in Richland Center, Wisconsin.

**5**      <u>Violation of Special Condition:</u> "THE DEFENDANT SHALL NOT USE OR POSSESS ANY ALCOHOLIC BEVERAGES AND SHALL NOT FREQUENT ANY ESTABLISHMENTS WHOSE PRIMARY PURPOSE IS THE SALE OR SERVING OF ALCOHOL."

On May 3, 2026. ERIC WELCH was arrested in Richland Center, Wisconsin for Operating While Intoxicated. He admitted he had consumed alcohol and was arrested that day.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Ashley Teeples/djl 989-894-8832 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Mathew Romeo 989-894-8829 | **PROBATION ROUTING** Data Entry |

**RECOMMENDING TO THE COURT**

[X]    To issue a warrant

**Superseding Violation Report will follow**

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000010977 | **DATE** 05/04/2026 |
|---|---|---|---|---|

| **NAME** WELCH, Eric Dexter | **OFFICER** Ashley Teeples | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 22-CR-20525-01 |
|---|---|---|---|

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant to be lodged as a detainer at the Richland County Jail in Richland Center, Wisconsin

[  ]   Other

s/Stephen J. Murphy, III
Chief United States District Judge

May 4, 2026
Date